B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re Shantell D. Young                              .                    Case No. 18-33265

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CAM XI TRUST c/o BSI Finacial Services | The BNYM Trust Company, N.A c\o Nationstar Mortgage, LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 BSI Financial Services 1425 Greenway Dr
 Suite 400, Irving, TX 75038

Court Claim # (if known): ____5____
Amount of Claim: ___$53,013.91___
Date Claim Filed: ___08/20/2018___

Phone: 800-327-7861
Last Four Digits of Acct #: 1040

Phone: 877-343-5602
Last Four Digits of Acct. #: 1040

Name and Address where transferee payments should be sent (if different from above):
 BSI Financial Services 314 S. Franklin St.,
 P.O. Box 517, Titusvilee, PA 14354

Phone: 800-327-7861
Last Four Digits of Acct #: 1040

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Jack O'Boyle                           Date: 07/28/2021
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.