**Fill in this information to identify the case:**

Debtor 1 Shantelle D. Young

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: Southern District of Texas

Case number 18-33265

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CAM XI Trust c/o BSI Financial Services

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 4 0

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2023

**New total payment:** Principal, interest, and escrow, if any: $ 1,362.42

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 394.55 **New escrow payment:** $ 883.30

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

Debtor 1 Shantelle D. Young
First Name Middle Name Last Name

Case number (*if known*) 18-33265

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile
Signature

Date 01/06/2023

Print: D. Anthony Sottile
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number Street

Loveland OH 45140
City State ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



# Annual Escrow Account Disclosure Statement

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
866-581-4514
bsi.myloanweb.com

ACCOUNT NUMBER: [redacted]

004

DATE: 12/24/22

2

SHANTELL JOSEPH
11111 AMBERGATE DR
HUMBLE, TX 77396

PROPERTY ADDRESS
11111 AMBERGATE
HUMBLE, TX 77396

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 02/01/2023 THROUGH 01/31/2024.

## -------- ANTICIPATED PAYMENTS FROM ESCROW 02/01/2023 TO 01/31/2024 ---------

| | |
|---|---|
| HOMEOWNERS INS | $2,293.73 |
| COUNTY TAX | $1,559.92 |
| SCHOOL | $2,421.76 |
| UTILITY | $1,517.23 |
| TOTAL PAYMENTS FROM ESCROW | $7,792.64 |
| MONTHLY PAYMENT TO ESCROW | $649.38 |

## ------ ANTICIPATED ESCROW ACTIVITY 02/01/2023 TO 01/31/2024 ---------

| ANTICIPATED PAYMENTS | | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $1,508.25- | $1,298.84 |
| FEB | $649.38 | | | $858.87- | $1,948.22 |
| MAR | $649.38 | | | $209.49- | $2,597.60 |
| APR | $649.38 | | | $439.89 | $3,246.98 |
| MAY | $649.38 | | | $1,089.27 | $3,896.36 |
| JUN | $649.38 | $2,293.73 | HOMEOWNERS INS | $555.08- | $2,252.01 |
| JUL | $649.38 | | | $94.30 | $2,901.39 |
| AUG | $649.38 | | | $743.68 | $3,550.77 |
| SEP | $649.38 | | | $1,393.06 | $4,200.15 |
| OCT | $649.38 | | | $2,042.44 | $4,849.53 |
| NOV | $649.38 | | | $2,691.82 | $5,498.91 |
| DEC | $649.38 | | | $3,341.20 | $6,148.29 |
| JAN | $649.38 | $1,559.92 | COUNTY TAX | $2,430.66 | $5,237.75 |
| | | $2,421.76 | SCHOOL | $8.90 | $2,815.99 |
| | | $1,517.23 | UTILITY | L1-> $1,508.33- | L2-> $1,298.76 |

**--------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $2,807.09.**

## CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---|
| PRIN & INTEREST | $479.12 |
| ESCROW PAYMENT | $649.38 |
| SHORTAGE PYMT | $233.92 |

********** Continued on reverse side ************

PAGE 2 OF 3

********** Continued from front **********

**NEW PAYMENT EFFECTIVE 02/01/2023** **$1,362.42**
YOUR ESCROW CUSHION FOR THIS CYCLE IS $1,298.76.

## ACCOUNT HISTORY

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 11/01/2022 AND ENDING 10/31/2023. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 11/01/2022 IS:

| | |
|---|---|
| PRIN & INTEREST | $479.12 |
| ESCROW PAYMENT | $394.55 |
| BORROWER PAYMENT | $873.67 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $4,340.13 | $3,951.65 |
| NOV | $394.55 | $388.48 * | | | | $4,734.68 | $4,340.13 |
| DEC | $394.55 | $394.55 | | $1,533.12 * | HOMEOWNERS INS | $5,129.23 | A-> $2,297.35- |
| DEC | | | | $2,421.76 | SCHOOL | | |
| DEC | | | | $1,559.92 | COUNTY TAX | | |
| DEC | | | | $1,517.23 | UTILITY | | |
| JAN | $394.55 | $0.00 | $1,371.39 | | COUNTY TAX | T-> $789.10 | $2,297.35- |
| JAN | | | $2,066.69 | | SCHOOL | | |
| JAN | | | $1,296.60 | | UTILITY | | |
| FEB | $394.55 | $0.00 | | | | $1,183.65 | $2,297.35- |
| MAR | $394.55 | $0.00 | | | | $1,578.20 | $2,297.35- |
| APR | $394.55 | $0.00 | | | | $1,972.75 | $2,297.35- |
| MAY | $394.55 | $0.00 | | | | $2,367.30 | $2,297.35- |
| JUN | $394.55 | $0.00 | | | | $2,761.85 | $2,297.35- |
| JUL | $394.55 | $0.00 | | | | $3,156.40 | $2,297.35- |
| AUG | $394.55 | $0.00 | | | | $3,550.95 | $2,297.35- |
| SEP | $394.55 | $0.00 | | | | $3,945.50 | $2,297.35- |
| OCT | $394.55 | $0.00 | | | | $4,340.05 | $2,297.35- |
| | **$4,734.60** | **$783.03** | **$4,734.68** | **$7,032.03** | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $789.10. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $2,297.35-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Monday through Friday 8:00 AM to 10:00 PM EST and Saturday 8:00 AM to 12:00 PM EST

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, **TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING**, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

## Determining your Shortage or Surplus

**Shortage**:

Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

The shortage, if one exists, has been divided to be repaid in equal monthly payments over a 12-month period.

**Surplus**:

A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Monday through Friday 8:00 AM to 10:00 PM EST and Saturday 8:00 AM to 12:00 PM EST

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, **TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING**, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-33265 |
| Shantelle D. Young | Chapter 13 |
| Debtors. | Judge Christopher M. Lopez |

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2023, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Christopher Todd Morrison, Debtor's Counsel
Attyctm2100@yahoo.com

David G. Peake, Chapter 13 Trustee
court@peakech13trustee.com

Office of the United States Trustee
Ustpregion07.hu.ecf@usdoj.gov

I further certify that on January 6, 2023, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Shantelle D. Young, Debtor
11111 Ambergate Dr.
Humble, TX 77396

Dated: January 6, 2023

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com